| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Salinas, Catherine M. | 2. Court or Organization<br><br>United States District Court, Northern District of Georgia | 3. Date of Report<br><br>08/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>1807 United States Courthouse<br>75 Ted Turner Drive<br>Atlanta, Ga. 30303-3309 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Salinas, Catherine M.** | 08/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Bank Accounts (various accounts) (X) | A | Interest | J | T | | | | | |
| 2. USAA Money Market Fund (USAXX) | A | Int./Div. | J | T | | | | | |
| 3. Southern Company (Y) | | | | | | | | | |
| 4. Mass Mutual Whole Life | B | Int./Div. | J | T | | | | | |
| 5. Educational Savings #1 (H) | | | | | | | | | |
| 6. USAA World Growth | | None | | | Sold | 07/15/16 | J | | |
| 7. Educational Savings #2 (H) | | | | | | | | | |
| 8. USAA Capital Growth | | None | | | Sold | 07/15/16 | J | | |
| 9. Educational Savings #3 (H) | | | | | | | | | |
| 10. USAA Capital Growth | | None | | | Sold | 07/15/16 | J | | |
| 11. USAA 529 #1 (H) | | | | | | | | | |
| 12. Age Based Option 18+: In College Portfolio | A | Dividend | K | T | Buy | 10/05/16 | K | | |
| 13. Age Based Option 16-17: Very Conservative Portfolio | C | Dividend | | | Buy | 03/03/16 | J | | |
| 14. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 15. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 16. | | | | | Sold | 10/05/16 | K | | |
| 17. USAA 529 #2 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Age Based Option 14-15: Conservative Protfolio | C | Dividend | K | T | Buy | 03/03/16 | J | | |
| 19. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 20. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 21. USAA 529 #3 (H) | | | | | | | | | |
| 22. Age Based Option 9-11: Moderate Portfolio | C | Dividend | K | T | Buy | 03/03/16 | J | | |
| 23. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 24. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 25. IRA #1 (H) | | | | | | | | | |
| 26. Oppenheimer International Diversified A (OIDAX) | A | Dividend | J | T | | | | | |
| 27. Oppenheimer Portfolio: Active Allocation A (Y) | | | | | | | | | |
| 28. IRA #2 (H) | | | | | | | | | |
| 29. USAA Cornerstone Equity FD Retail (UCEQX) | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 30. 401(K) #1 (H) | | | | | | | | | |
| 31. Vanguard Institutional Index 1 | A | Dividend | | | Sold | 04/28/16 | J | | |
| 32. Baron Growth Instl | | None | | | Sold | 04/28/16 | J | | |
| 33. Franklin Small Cap Value Adv | | None | | | Sold | 04/28/16 | J | | |
| 34. Goldman Sachs Mid Cap Value Instl | | None | | | Sold | 04/28/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Inst Mid Cap Growth | | None | | | Sold | 04/28/16 | J | | |
| 36. American Funds EuroPacific Gr R6 | | None | | | Sold | 04/28/16 | J | | |
| 37. Vanguard Wellington Adm | A | Dividend | | | Sold | 04/28/16 | L | | |
| 38. IRA #3 (H) | | | | | | | | | |
| 39. Charles Schwab Money Market Fund (sweep/cash) | A | Interest | J | T | Open | 04/29/16 | M | | |
| 40. Baird Core Plus BD INV (BCOSX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 41. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 42. Blackrock Total Return CL A (MDHQX) | A | Dividend | | | Buy | 07/21/16 | J | | |
| 43. | | | | | Sold | 09/29/16 | J | | |
| 44. Metropolitan West Total Return Bond M (MWTRX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 45. Pimco INCM Cl D (PONDX) | A | Dividend | | | Buy | 07/21/16 | J | | |
| 46. | | | | | Sold | 09/29/16 | J | | |
| 47. Pimco Real Return Fund CL D (PRRDX) | A | Dividend | | | Buy | 07/21/16 | J | | |
| 48. | | | | | Sold | 09/29/16 | J | | |
| 49. Western Asset Core BD FD I (WATFX) | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 50. Western Asset Core Plus BD FD FI (WACIX) | A | Dividend | | | Buy | 07/21/16 | J | | |
| 51. | | | | | Sold | 09/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Acadian Emerging Markets Portfolio INST CL (AEMGX) | | None | | | Buy | 07/21/16 | J | | |
| 53. | | | | | Sold | 08/31/16 | J | | |
| 54. American Century INFL ADJ BD INV (ACITX) | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 55. American Fund INTL Growth and INCM Cl F1 (IGIFX) | | None | | | Buy | 07/21/16 | J | | |
| 56. | | | | | Sold | 08/31/16 | J | | |
| 57. AMG Managers Skyline Special Equities FD (SKSEX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 58. Ardeen US SM Cap Eqty FD Inst Cl (GSCIX) | | None | J | T | Buy | 11/10/16 | J | | |
| 59. Artisan INTL Value Fund (ARTKX) | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 60. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 61. Brown Advisory Growth Equity INV (BIAGX) | | None | | | Buy | 07/21/16 | J | | |
| 62. | | | | | Sold | 09/16/16 | J | | |
| 63. Cohen & Steers Realty Shares (CSRSX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 64. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 65. Credit Suisse Commodity Return Strat Inst (CRSSZ) | | None | J | T | Buy | 07/21/16 | J | | |
| 66. Delaware Emerging Markets (DEMAX) | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 67. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 68. Deutsche Enhanced Cmdy Strat Inst (SKIRX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Eagle Small Cap Growth FD CL A (HRSCX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 70. FMI Large Cap Fund (FMIHX) | | None | | | Buy | 07/21/16 | J | | |
| 71. | | | | | Sold | 09/19/16 | J | | |
| 72. Glenmede Large Cap Core (GTLOX) | | None | | | Buy | 07/21/16 | J | | |
| 73. | | | | | Sold | 09/19/16 | J | | |
| 74. Glenmede Large Cap Growth (GTLLX) | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 75. Ivy International Core W\Equity Cl Y (IVVYX) | | None | | | Buy | 07/21/16 | J | | |
| 76. | | | | | Sold | 08/31/16 | J | | |
| 77. JHancock Diciplined Value CL A (JVLAX) | | None | | | Buy | 07/21/16 | J | | |
| 78. | | | | | Sold | 09/19/16 | J | | |
| 79. JHancock Diciplined Value Mid Cap A (JVMAX) | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 80. JPMorgan Value Advantage Cl A (JVAAX) | | None | | | Buy | 07/21/16 | J | | |
| 81. | | | | | Sold | 09/19/16 | J | | |
| 82. Lazard Intl Equity (LZIOX) | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 83. Northern Small Cap Value Fund (NOSGX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 84. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 85. Oakmark Fund (OAKMX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 87. Oakmark Intl Fd Class I (OAKIX) | | None | | | Buy | 07/21/16 | J | | |
| 88. | | | | | Sold | 08/31/16 | J | | |
| 89. Oakmark Intl Small Cap Fund (OAKEX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 90. Oppenheimer Developing Mkts FD Cl A (ODMAX) | | None | | | Buy | 07/21/16 | J | | |
| 91. | | | | | Sold | 08/31/16 | J | | |
| 92. Oppenheimer Intl Small Mid Company A (OSMAX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 93. Parnassus Core Eqty Fd Inv (PRBLX) | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 94. Principal Midcap Cl A (PEMGX) | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 95. Prudential Total Return BD Z (PDBZX) | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 96. QS US Small Cap Eqty Fd CL I (LMSIX) | | None | | | Buy | 07/21/16 | J | | |
| 97. | | | | | Sold | 11/10/16 | J | | |
| 98. TempletonForeign Fund CL A (TFF1Z) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 99. TIAA Cref Intl Equity Retail (TIERX) | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 100. TIAA Cref Social Choice Eqty Fd Retail (TICRX) | | None | | | Buy | 07/21/16 | J | | |
| 101. | | | | | Sold | 09/19/16 | J | | |
| 102. Virtus Emerging Markets Oppty (HEMZX) | A | Dividend | J | T | Buy | 08/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Growth FD ADM (SGRKX) | | None | | | Buy | 07/21/16 | J | | |
| 104. | | | | | Sold | 09/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In this report, assets were divided into separate accounts with individual headers.  As a result, Part VII, line 1, of the 2015 report was split into the entries on lines 8 and 10 of the 2016 report.

Part VII, line 2: Name correction; see 2015, line 5.

Part VII, line 4: Name correction; see 2015, line 7.

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 08/01/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine M. Salinas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544